B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JAN M. ROOS, State Bar No. 287031
jroos@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants/Cross-Defendants
NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK and BARBARA ANN NEU

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JAKHARI RANKINS, SUSAN YARBROUGH,<br><br>Plaintiffs,<br><br>v.<br><br>RIGOBERTO JIMENEZ, JIMENEZ TRUCKING, BARBARA ANN NEU, AMTRAK AND DOES 1 TO 20,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 3:13-CV-04809-SI<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL**<br><br>**Judge: The Honorable Susan Illston, Senior District Judge** |

IT IS HEREBY STIPULATED by and between plaintiffs JAKHARI RANKINS and SUSAN YARBROUGH, Defendants/Cross-Complainants RIGOBERTO JIMENEZ and JIMENEZ TRUCKING, and Defendants/Cross-Defendants NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK and BARBARA ANN NEU, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice

pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1). Each party to bear their own fees and costs.

Dated: March 19, 2014

BRADY LAW GROUP

By: */s/ John Roach*
JOHN ROACH
Attorney for Plaintiffs
JAKHARI RANKINS and
SUSAN YARBROUGH

Dated: March 19, 2014

CURTIS LEGAL GROUP

By: */s/ Michael B. Ijams*
MICHAEL B. IJAMS
Attorneys for Defendants and
Cross Complainants
RIGOBERTO JIMENEZ and
JIMENEZ TRUCKING

Dated: March 19, 2014

LOMBARDI, LOPER & CONANT, LLP

By: */s/ Jan M. Roos*
B. CLYDE HUTCHINSON
JAN M. ROOS
Attorneys for Defendants and
Cross-Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK and
BARBARA ANN NEU

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

IT IS SO ORDERED.

Dated: 3/19/14, 2014

HONORABLE SUSAN ILLSTON
SENIOR DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

**CERTIFICATE OF SERVICE**
***Jakhari Rankins, Susan Yarbrough v. Rigoberto Jiminez, Jiminez Trucking, et al.***
U.S. District Court, Northern Dist. of CA Case No.: 3:13-CV-04809 SI

I, Alexine L. Braun, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the County of Alameda; my business address is 1999 Harrison Street, Suite 2600, Oakland, California 94612.

On the date below noted I served:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| John J. Roach, Esq.<br>BRADY LAW GROUP<br>1015 Irwin Street<br>San Rafael, CA 94901 | Tel: (415) 459-7300<br>Fax: (415) 459-7303<br><br>*Attorneys for Plaintiffs JAKHARI RANKINS and SUSAN YARBROUGH* |
| Michael B. Ijams, Esq.<br>Jeeni R. Casey, Esq.<br>CURTIS LEGAL GROUP, APLC<br>1300 K Street, Second Floor<br>P.O. Box 3030<br>Modesto, CA 95353 | Tel: (209) 521-1800<br>Fax: (209) 572-3501<br><br>*Attorneys for Defendants, Cross-Complainants RIGOBERTO JIMENEZ, JIMENEZ TRUCKING* |

☒ By United States Mail: I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 19, 2014, at Oakland, California.

Alexine Braun